

Please put these Exhibits in All file Listed Below concerning mail and court Appearance In person Thanks!
• This New Complaint #
• 24-CV-3980
→



- 24-cv-4244
- 24-cv-4307
- 24-cv-4559