UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Damien Lashaun Nelson,         File No. 24-cv-4662 (ECT/LIB)

       Plaintiff,

v.        **ORDER**

Dakota County; Dakota County Sheriff's Office, *Minnesota*; Dakota County Employees John Doe 1–3 and Jane Doe 1–3, *whose identities are presently unknown to Plaintiff, in their individual and official capacities*; Dakota County Correctional Officers John Doe 1–3 and Jane Doe 1–3; MEnd Correctional Care PLLC; and MEnd Correctional Care PLLC Employees John Doe 1–3 and Jane Doe 1–3, *whose identities are presently unknown to Plaintiff, in their individual and official capacities*,

       Defendants.

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") dated October 8, 2025. ECF No. 47. No party has objected to that Report and Recommendation,[1] and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b);

---

[1] The Report and Recommendation was mailed to Plaintiff Damien Lashaun Nelson at his current MCF Rush City address on October 24, 2025. *See* ECF Staff note dated Oct. 24, 2025. Mr. Nelson filed a letter with the Court dated November 20, 2025. ECF No. 48. In his letter, Mr. Nelson did not address or object to the Report and Recommendation. *See id.* Rather, he claimed, among other things, that he lacks access to a law library and that prison officials are deliberately hindering his ability to prosecute this case. *See id.* Mr. Nelson's allegations are conclusory, they do not address this case's merits, and the fact that he was able to file a letter shows he possessed the ability to lodge objections to the Report and Recommendation.

*Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 47] is **ACCEPTED** as modified.

2. Defendants' Motion to Dismiss [ECF No. 25] is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 25, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court